E-Filed — JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-7795-GHK (FFMx) | Date | April 25, 2012 |
|---|---|---|---|
| Title | *Gary Grossman v. City of Los Angeles.* | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Order Remanding Case**

On March 20, 2012, we dismissed Plaintiff Gary Grossman's ("Plaintiff") claims for Conversion and "Violation of Federal and State Constitutions" and granted Plaintiff thirty days to file a First Amended Complaint ("FAC"). We cautioned Plaintiff that his failure to timely file a FAC would be deemed his admission that amendment would be futile, and in that case, we would dismiss his conversion and constitutional claims with prejudice and remand this action to state court. The docket reflects that no FAC has been timely filed. Accordingly, we hereby **ORDER** that Plaintiff's conversion and constitutional claims are **DISMISSED**. In light of that dismissal, we decline to exercise supplemental jurisdiction over the remaining state law claims. 28 U.S.C. § 1367(c)(3). Accordingly, we hereby **REMAND** this action to the state court from which it was removed.

        **IT IS SO ORDERED.**

|  | -- : -- |
|---|---|
| | Initials of Deputy Clerk          Bea |